**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: Children's National Subpoena No. 25-1431-028 | Case No.: 8:26-cv-01825-JRR |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Movant Children's National Hospital ("CNH") respectfully submits this Notice of Supplemental Authority in support of their pending motion to limit the Department of Justice ("DOJ") subpoena issued to CNH.

On May 13, 2026, the United States District Court for the District of Rhode Island quashed a subpoena issued to Rhode Island Hospital ("RIH") that is materially identical to the subpoena challenged by CNH. *In re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital*, C.A. No. 1:26-mc-00007-MSM-AEM (D.R.I. May 14, 2026) (Dkt. No. 44). The court joins seven other federal courts finding that materially identical subpoenas have been issued by DOJ for an improper purpose.

The court granted both the Child Advocate for the State of Rhode Island and RIH's motions to quash, determining that the subpoena (1) lacks a congressionally-authorized purpose, (2) was issued for an improper purpose, and (3) demands records that cannot be obtained consistent with the constitutional privacy rights of the Rhode Island children. *Id*. at 23–24. The court also enjoined DOJ from seeking, receiving, using, retaining, or disseminating any patient-identifying information or protected health information produced by RIH, including but not limited to all materials responsive to Requests 11 through 15, and any other materials that identify, or reasonably permit the identification of Rhode Island Children. *Id.* at 24.

A copy of this Memorandum and Order is attached as Exhibit A.

1

Dated: May 15, 2026

Respectfully submitted,

BARNES & THORNBURG LLP

<u>/s/ Steven D. Shipe</u>
Steven D. Shipe (Bar No. 1306190282)
John E. Kelly (*admitted pro hac vice*)
Jacquelyn Papish (*admitted pro hac vice*)
Victor Obasaju (*admitted pro hac vice*)
Barnes & Thornburg, LLP
555 12th Street, NW – 12th Floor
Washington, D.C. 20004
Steven.Shipe@btlaw.com
JKelly@btlaw.com
Jackie.Papish@btlaw.com
VObasaju@btlaw.com
Telephone: (202) 831-6731

*Counsel for Children's National Hospital*