## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE: CHILDREN'S NATIONAL
SUBPOENA NO. 25-1431-028

Case No. 8:26-CV-01825-JRR

## GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, the United States hereby moves the Court to extend the time for filing its response in opposition to Children's National Hospital's ("CNH") motion to limit subpoena duces tecum (Dkt. No. 2) from May 22, 2026, to June 5, 2026, and, in turn, to extend the time for CNH to reply to July 6, 2026.

1.  On May 8, 2026, CNH filed a motion to limit subpoena duces tecum.

2. The Government's response in opposition is currently due on May 22, 2026.

3. In light of undersigned counsel's litigation schedule, the United States seeks an additional two weeks to respond to CNH's motion. Counsel for CNH have consented to an extension of time for the Government to respond until June 5, 2026, and, in turn, the United States consents to CNH having an additional two weeks to file any reply, until July 6, 2026.

4. A proposed order is attached.

Dated:  May 20, 2026

Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement and Affirmative Litigation
    Branch

 /s/ Ross S. Goldstein
ROSS S. GOLDSTEIN (Bar. No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement and Affirmative Litigation
    Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
ross.goldstein@usdoj.gov

2