**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**IN RE: CHILDREN'S NATIONAL SUBPOENA 25-1431-028**

**Civil No.: 8:26-cv-01825-JRR**

# ORDER

Pending before the court is Movant Children's National Hospital's Motion to Limit Subpoena Duces Tecum at ECF Nos. 1 and 2 (the "Motion"). The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 3rd day of November 2026:

**ORDERED** that the order, the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the administrative subpoena described in the memorandum as the Subpoena shall be, and is hereby, **QUASHED** as to Subpoena Requests 11, 12, and 13, and as to any other Subpoena Request to the extent it seeks or requires production of Children's National Hospital patient medical records, patient identities, or identification of parents or guardians of patients.

Madam Clerk shall **CLOSE THIS CASE**.

/S/

Julie R. Rubin
United States District Judge